**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark Joseph Kosek<br>    aka Mark J. Kosek<br>    aka Mark Kosek<br>    Carol Lyn Kosek<br>    aka Carol Lynn Kosek<br>    aka Carol L. Kosek<br>    aka Carol Kosek<br><br>        **Debtors** | BK NO. 19-01588 RNO<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322