UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                          :
                                               :
MARK AND CAROL KOSEK       :         CHAPTER 13
         Debtors                    :
*************************************************************************
PNC BANK NATIONAL ASSOCIATION   :
                                               :
              Movant,                   :
                                               :
  vs.                                        :
MARK AND CAROL KOSEK       :         CASE NO. 5-19-01588
                                               :
         Respondents.          :
*************************************************************************

## DEBTORS' ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

*************************************************************************

AND NOW COMES, Mark and Carol Kosek, the Debtor, and files an Answer to PNC Bank NA's Motion for Relief From the Automatic Stay:

1. Mark and Carol Kosek (hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Movant alleges that Debtors have failed to make post-petition mortgage payments.

3. Debtors fell behind on payments to the Movant. Debtor's request that the post-petition arrears be placed in an amended Chapter 13 Plan.

4. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtors respectfully request that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: August 7, 2019           /s/Tullio DeLuca
                               Tullio DeLuca, Esquire
                               PA ID# 59887
                               381 N. 9th Avenue
                               Scranton, PA 18504
                               (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                        :
                                             :
MARK AND CAROL KOSEK        :          CHAPTER 13
        Debtors              :
*************************************************************************
PNC BANK NATIONAL ASSOCIATION    :
                                             :
        Movant,                  :
                                             :
vs.                              :
MARK AND CAROL KOSEK        :          CASE NO. 5-19-01588
                                             :
        Respondents.             :
*************************************************************************

**CERTIFICATE OF SERVICE**
*************************************************************************

The undersigned hereby certifies that on August 7, 2019, he caused a true and correct copy of Debtors' Answer to PNC Bank NA's Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com

James C. Warmbrodt, Esq. at Jwarmbrodt@kmllawgroup.com

Dated: August 7, 2019                        /s/Tullio DeLuca
                                             Tullio DeLuca, Esquire