```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01588-RNO
Mark Joseph Kosek                                                   Chapter 13
Carol Lyn Kosek
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Oct 08, 2019
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5217426        E-mail/Text: bkrcy@ugi.com Oct 08 2019 19:06:39      UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
                                                                                                 TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor 2 Carol Lyn Kosek tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 1 Mark Joseph Kosek tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARK JOSEPH KOSEK | : | CASE NO.: 5-19-bk-01588-RNO |
| aka MARK J. KOSEK | : | |
| aka MARK KOSEK | : | |
| CAROL LYN KOSEK | : | |
| aka CAROL LYNN KOSEK | : | |
| aka CAROL L. KOSEK | : | |
| aka CAROL KOSEK | : | |
| Debtors | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| UGI UTILITIES, INC | : | |
| Claimant | : | |

## ORDER

AND NOW, at Wilkes-Barre, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 17 of UGI Utilities, Inc. and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 17 of UGI Utilities, Inc. shall be deemed untimely filed.

Dated: October 8, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)