UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK JOSEPH KOSEK
AKA: MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
AKA: CAROL LYNN KOSEK, CAROL L. KOSEK, CAROL KOSEK

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-01588-MJC

MARK JOSEPH KOSEK
AKA: MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
AKA: CAROL LYNN KOSEK, CAROL L. KOSEK, CAROL KOSEK

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 7, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 7, 2021, the Debtor(s) is/are $7216.00 in arrears with a plan payment having last been made on Aug 16, 2021

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 7, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK JOSEPH KOSEK
AKA: MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
AKA: CAROL LYNN KOSEK, CAROL L. KOSEK, CAROL KOSEK

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-19-01588-MJC

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 7, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504-

SERVED ELECTRONICALLY

MARK JOSEPH KOSEK
CAROL LYN KOSEK
18 CASEY AVE.
OLD FORGE, PA 18518

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 7, 2021

Respectfully submitted,
Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

Case 5:19-bk-01588-MJC    Doc 62    Filed 10/07/21    Entered 10/07/21 08:53:22    Desc
Main Document      Page 2 of 2