United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Mark Joseph Kosek

Carol Lyn Kosek

    Debtors

Case No. 19-01588-MJC

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Mark Joseph Kosek, Carol Lyn Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5186403 | + | American Web Loan, 2128 N. 14th St. #130, Ponca City, OK 74601-1831 |
| 5186404 | + | Andrew A. Brown, DMD, 632 Davis St., Scranton, PA 18505-4666 |
| 5186406 | + | Carlucci, Golden, DeSantis Funeral Home,, 318 East Drinker St., Dunmore, PA 18512-2436 |
| 5186409 | + | Claims Recovery Systems, 6 E. Main St., Carnegie, PA 15106-2497 |
| 5186411 | + | Commercial Acceptance Co., 2 W. Main St., Shiremanstown, PA 17011-6326 |
| 5186412 | | Commonwealth Health, P.O.Box 1022, Wixom, MI 48393-1022 |
| 5186415 | + | David A. Troynacki, DMD, 1524 Sans Souci Parkway, Wilkes-Barre, PA 18706-6028 |
| 5186416 | + | David T. Oven, DDS, 320 W. Drinker St., Dunmore, PA 18512-1918 |
| 5186421 | + | First National Community Bank, 102 E. Drinker St., Dunmore, PA 18512-2491 |
| 5186422 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5186423 | + | Inbox Loan, P.O. Box 881, Santa Rosa, CA 95402-0881 |
| 5186426 | | John A. Fischer, OD PC, 247 Main St., Duryea, PA 18642-1030 |
| 5186427 | + | Keystone Prosthetcics & Orth, 334 Main St., Dickson City, PA 18519-1770 |
| 5191880 | + | Lackawanna County Tax Claim Bureau, 123 Wyoming Ave Suite 267, Scranton, PA 18503-2029 |
| 5186429 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5186432 | + | Medical Data Systems, 2001 9th Ave., Ste. 312, Vero Beach, FL 32960-6413 |
| 5186434 | + | Mohegan Sun, Attn: Legal Dept., 1280 Hwy. 315, Wilkes-Barre, PA 18702-7002 |
| 5186435 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5186437 | + | NCC, 245 Main St., Dickson City, PA 18519-1641 |
| 5186438 | + | NEI ASC, Inc., 200 Mifflin Ave., Scranton, PA 18503-1982 |
| 5186436 | | Nationwide Insurance, Company of America, P.O. Box 13958, Philadelphia, PA 19101-3958 |
| 5186445 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5186442 | + | Pennsylvania Physician Services, LLC, 700 Quincy Ave., Scranton, PA 18510-1724 |
| 5186441 | | Pennsylvania Physician Services, LLC, 5665 New Northside Dr., Atlanta, GA 30328-5831 |
| 5186447 | | Professional Neurological Assoc., 235 Main St., Dickson City, PA 18519-1652 |
| 5186453 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint, P.O. Box 7993, Overland Park, KS 66207 |
| 5186452 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5186457 | + | Tek Collect, P.O. Box 1269, Columbus, OH 43216-1269 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 11:37:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5186402 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 12 2021 19:20:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5191037 | + | Email/Text: documentfiling@lciinc.com | | |

| | | | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 12 2021 19:20:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5186405 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 12 2021 19:33:41 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5187229 | + | Email/Text: bankruptcy@cavps.com | Oct 12 2021 19:20:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5186408 | + | Email/Text: bankruptcy@cavps.com | Oct 12 2021 19:20:00 | Cavalry SPV I LLC, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 5186410 | + | Email/Text: documentfiling@lciinc.com | Oct 12 2021 19:20:00 | Comcast-PA, Attn: Bankruptcy, 1555 Suzy St., Lebanon, PA 17046-8318 |
| 5187204 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 12 2021 19:20:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5186413 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 12 2021 19:20:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 5186414 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2021 19:33:43 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5186418 | | Email/Text: G06041@att.com | Oct 12 2021 19:20:00 | Directv, P.O. Box 6550, Greenwood Village, CO 80155 |
| 5186417 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Oct 12 2021 19:20:00 | Dept. of Labor & Industry, Office of Chief Counsel, Tenth Floor Labor & Industry Bldg., 651 Boas St., Harrisburg, PA 17121-0725 |
| 5186419 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 12 2021 19:33:43 | Directv, LLC, by American InfoSource LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5186420 | + | Email/Text: bknotice@ercbpo.com | Oct 12 2021 19:20:00 | ERC, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 5214225 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 12 2021 19:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5186424 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 12 2021 19:20:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 5186425 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 12 2021 19:20:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, St. Cloud, MN 56302 |
| 5186430 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2021 19:33:43 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5193555 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 11:37:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5186433 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2021 19:20:00 | Midland Funding, LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 5205018 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 12 2021 19:20:00 | Moses Taylor Hospital, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 5186439 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2021 19:20:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5214921 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 12 2021 19:20:00 | PNC BANK NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 5186443 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 12 2021 19:20:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5186444 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 11:37:47 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5186440 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 12 2021 19:20:00 | Pennsylvania American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 5188650 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2021 19:20:00 | Pennsylvania Department of Revenue, Bankruptcy |

District/off: 0314-5

Date Rcvd: Oct 12, 2021

User: AutoDocke

Form ID: pdf010

Page 3 of 4

Total Noticed: 69

| Recip ID | | Email/Text or Email/PDF | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5186446 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 12 2021 19:20:00 | Professional Account Svcs., P.O. Box 188, Brentwood, TN 37024-0188 |
| 5186448 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 12 2021 19:20:00 | Receivables Performance Mgmt, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 5186449 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2021 19:33:41 | Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 5186450 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2021 19:33:43 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5186451 | + | Email/Text: admin@rosebudlending.com | Oct 12 2021 19:20:00 | Rosebud Lending, LZO, P.o. box 1147, 27565 Research Park Dr., Mission, SD 57555-1147 |
| 5186454 | + | Email/Text: bankruptcy@sw-credit.com | Oct 12 2021 19:20:00 | SW Credit Systems, LP, 4120 International Pkwy., Suite 1100, Carrollton, TX 75007-1958 |
| 5186897 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2021 19:43:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5186455 | | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2021 19:43:56 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5186456 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 10:56:40 | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5217426 | | Email/Text: bkrcy@ugi.com | Oct 12 2021 19:20:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5211397 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 13 2021 11:37:37 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5186459 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 12 2021 19:20:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 5186460 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 12 2021 19:33:43 | Verizon by American Infosource, LP as ag, 4515 Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5186407 | *+ | Carol Lyn Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5186431 | *+ | Mark Joseph Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5214493 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5186428 | ##+ | Lackawanna County Tax Claim Bureau, 135 Jefferson Ave., Scranton, PA 18503-1716 |
| 5186458 | ##+ | Trident Asset Management, 53 Perimeter Center East, Ste. 440, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Carol Lyn Kosek tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Mark Joseph Kosek tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| Mark Joseph Kosek<br>aka Mark J. Kosek<br>aka Mark Kosek | | | |
| | **Debtor 1** | **Chapter:** | **13** |
| Carol Lyn Kosek<br>aka Carol Lynn Kosek<br>aka Carol L. Kosek<br>aka Carol Kosek | | **Case No.:** | **5:19-bk-01588-MJC** |
| | **Debtor 2** | | |

Jack N Zaharopoulos (Trustee)

vs.                                    **Movant(s)**

Mark Joseph Kosek
aka Mark J. Kosek
aka Mark Kosek
Carol Lyn Kosek
aka Carol Lynn Kosek
aka Carol L. Kosek
aka Carol Kosek

**Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 12, 2021                        By the Court,

_____

Mark J. Conway, Bankruptcy Judge  (CN)

Order Dismissing Case with Parties - Revised 9/17